# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DIVISION

ROOSEVELT GORDON,

    Plaintiff,

vs.   No. 05-2621 MI An

CITY OF MEMPHIS and
DESOTO LODGE #3, INTERNATIONAL
ASSOCIATION OF MACHINISTS AND
AEROSPACE WORKERS, AFL-CIO

    Defendants.

## ORDER GRANTING DEFENDANT CITY OF MEMPHIS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is Defendant City of Memphis' Motion for an Extension of Time to Respond to Plaintiff's Complaint. It appears to this Court and this Court finds that the Motion is well taken and should be GRANTED.

The City shall be given through and including Tuesday, October 11, 2005 to answer or otherwise respond to Plaintiff's Complaint in this matter.

_S. Thomas Anderson_
Judge

October 03, 2005
Date

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-4-05

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02621 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Brent E. Siler
KIESEWETTER WISE KAPLAN & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Honorable Jon McCalla
US DISTRICT COURT