IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

ROOSEVELT GORDON,               )
                                )
    Plaintiff,                  )
                                )
v.                              )    No. 05-2621 Ml/An
                                )
CITY OF MEMPHIS, and DESOTO     )
LODGE #3, INTERNATIONAL         )
ASSOCIATION OF MACHINISTS AND   )
AEROSPACE WORKERS, AFL-CIO,     )
                                )
    Defendants.                 )
                                )

---

### ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY NON-SUIT

---

Before the Court is Plaintiff's Notice of Voluntary Non-Suit, filed December 7, 2005. The Federal Rules of Civil Procedure require that the notice be "signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1)(ii). The notice is signed by Plaintiff's counsel. Defendant DeSoto Lodge #3 has not appeared in the action. Accordingly, the case is DISMISSED as to Defendant DeSoto Lodge #3. Defendant City of Memphis has appeared in this action and has not signed the notice. Upon submission of the appropriate signatures, the case will be dismissed as to Defendant City of Memphis.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   12-12-05

So ORDERED this __9__ day of December, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02621 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

Brent E. Siler
KIESEWETTER WISE KAPLAN & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT