IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12  AM 10: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
            MEMPHIS

| | | |
|---|---|---|
| ROOSEVELT GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-2621-Ml/A |
| | ) | |
| CITY OF MEMPHIS and | ) | |
| DESOTO LODGE #3, INTERNATIONAL | ) | |
| ASSOCIATION OF MACHINISTS AND | ) | |
| AEROSPACE WORKERS, AFL-CIO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on December 7, 2005, by United States Magistrate Judge S. Thomas Anderson.  In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, October 30, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Tuesday, October 24, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>October 17, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-12-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 12 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02621 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Gregory D. Cotton
COTTON LAW FIRM
6263 Poplar Avenue
Ste. 1032
Memphis, TN 38119

James W. Hodges
HODGES & HODGES
5100 Poplar Avenue
Ste. 610
Memphis, TN 38137

Robert D. Meyers
KIESEWETTER WISE KAPLAN & PRATHER, PLC
3725 Champion Hills Drive
Ste. 3000
Memphis, TN 38125

Brent E. Siler
KIESEWETTER WISE KAPLAN & PRATHER
3725 Champion Hills Dr.
Ste. 3000
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT