# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, WESTERN DISTRICT

2005 DEC -7 PM 12: 57

ROOSEVELT GORDON,

    Plaintiffs,

v.

    No. 05-2621 Ml An

CITY OF MEMPHIS and
DESOTO LODGE #3, INTERNATIONAL
ASSOCIATION OF MACHINIST AND
AEROSPACE WORKERS, AFL-CIO

    Defendants.

## NOTICE OF VOLUNTARY NON-SUIT

Comes now the Plaintiff, Roosevelt Gordon, by and through his attorneys of record, and notifies the Court that Plaintiff voluntarily non-suits the Complaint and Amended Complaint filed in this cause, that Plaintiff voluntarily non-suits with costs assessed against the Plaintiff.

This the 7 day of Dec., 2005.

Gregory D. Cotton    #013679
Attorney for Plaintiff
6263 Poplar Avenue, Suite 1032
Memphis, Tennessee 38119
901-683-1215

*[signature]* by GDC
w/ permission

James W. Hodges, Jr.
Attorney for Plaintiff
5100 Poplar Avenue, Suite 610
Memphis, Tennessee 38137
901-761-3360

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, via first class U.S. Mail, postage prepaid, upon Robert D. Meyers, Attorney at Law, 3725 Champion Hills Drive, Suite 3000, Memphis, Tennessee 38125 and Deborah Godwin, Attorney at Law, 50 North Front Street, Suite 800 Memphis, Tennessee 38125.

This the 7 day of Dec, 2005.

*[signature]*
Gregory D. Cotton

2